UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**CHARLES MFUNY MUKEBA**

**V.**                                                          **CIVIL ACTION NO. 26-11260-DJC**

**ANTONE MONIZ, ET AL**

**ORDER**

CASPER, D.J.

      In accordance with the ECF Order dated April 13, 2026, the Court ALLOWS the Petition, D. 1, and ORDERS Petitioner released on the same conditions previously imposed on him in the prior order of supervision.

April 13, 2026                                      /s/ Savannah Cook
                                                                Deputy Clerk